### 12406. DAVIDSON *v.* THE STATE.

BLOODWORTH, J. 1. The special ground of the motion for a new trial complains that the court erred in giving to the jury an erroneous charge in reference to the punishment of a person convicted of an attempt to manufacture whisky. Granting that the instructions were erroneous, they were harmless, as the defendant was indicted for and convicted of manufacturing intoxicating liquor. See *Thompson* v. *State,* 24 *Ga. App.* 144 (2) (99 S. E. 891), and cases cited.

2. The evidence in this case shows that the beer found at the distillery "was in a distillation condition," and that when beer "gets in a distillation condition it is intoxicating and alcoholic." Under the ruling in *Belcher* v. *State,* 25 *Ga. App.* 493 (103 S. E. 852), one is guilty of making intoxicating liquor when it is made through fermentation as well as when made by distillation. See also *Adams* v. *State,* 27 *Ga. App.* 48 (107 S. E. 388).

3. The jury believed the evidence for the State, which was sufficient to support their finding; the trial judge approved the verdict, and this court will not interfere.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 14, 1921.

Indictment for manufacturing intoxicating liquor; from Harris superior court — Judge Munro. March 5, 1921.

*J. R. Lunsford,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.